## Commonwealth *v.* Carr, Appellant.

Argued March 19, 1973. *I. Robert Shapiro,* for appellant; no oral argument was made nor brief submitted for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Casperson, Appellant.

Argued March 21, 1973. *David H. Kubert,* for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, with him *J. David Bean,* Assistant District Attorney, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.